Beaumont Copy Services L.L.C.
701 Market Suite 125
St. Louis, MO 63101
FED401-0702240

Voice: 314-421-COPY(2679)
Fax: 421-2081

# Inv

Invoice N

Invoice
Jan 12,

Duplicate

Sold To:
Devereux Murphy L.L.C.
10S. Brentwood Blvd
Suite 215
St. Louis, MO 63105

Ship to:
Heather

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DM | Mayoral vs. Drew | Net 30 Days |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| Bob Kenney | Hand Deliver | 1/12/04 | 2/11/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 508.0040000 | | Light Litigation | 0.09 | 4 |

Subtotal 4
Sales Tax
Total Invoice Amount 4
Check No: Payment Received
**TOTAL** 4

Thomas J. Greco
3009 N. Ballas Road
Suite A226
St. Louis, MO 63131
314-432-5555
fax 314-432-1415

RE: Joel Mayoral

July 14, 2005

Dear Sirs:

I have reviewed the medical file and radiology packet of Joel Mayoral.

My professional fees for review and final report are as follows:

5 ½ hours @ $250 / hr = $1375.00

Sincerely,

Thomas J. Greco M.D.

Thomas J. Greco M.D.
Suite A226
3009 N. Ballas Road
St. Louis, MO  63131
(314)-432-5555
FAX (314)-432-1415

January 27, 2006

RE:  Joel Mayoral Deposition

Dear Sirs:

Professional fees for review, preparation and deposition of Joel Mayoral on January 26, 2006.

2 ½ hours @ $250/hr = $ 625.00

Sincerely,

Thomas J. Greco M.D.

In Account With:                    Invoice No. TM00105
                                    January 26, 2006

Catherine E. Boyd, CCR, RPR
d/b/a Boyd-Gwinn Reporting
P.O. Box 190601
St. Louis, MO 63119
(314) 918-8265    Fax 918-0429    Fed ID  -  02-0606144

DEVEREUX MURPHY LLC
190 Carondelet Plaza, Suite 1100
St. Louis, MO 63105
Attn: Michael D. Hart, Esquire

RE: JOEL MAYORAL -v- LIDIA DOWNS, et al. Case No.
    3:03-CV-00315-MJR. Deposition of THOMAS GRECO, M.D.,
    1/26/06, for Plaintiff, overnight delivery.
    85 pgs., Orig. & 1 cc at $6.50 pp.....  $ 552.50
    Attendance of Reporter and Notary Fee.     61.00
    E-transcript..........................     25.00
    Delivery..............................     10.00

                            TOTAL...    $ 648.50

Tami L. Moss, RPR, CCR
        RETURN INVOICE AND/OR REFERENCE INVOICE NUMBER
            WITH PAYMENT TO INSURE PROPER CREDIT
PLEASE MAKE CHECK PAYABLE TO:  BOYD-GWINN REPORTING

Document Copy Service Inc.
701 Market Suite 125
St. Louis, MO  63101
FED#90-0185347

Voice: 314-421-COPY(2679)
Fax:   314-421-2681

# Invoi

Invoice Num
12

Invoice D
Jan 26, 2

P.

Duplicate

Sold To:
Devereux Murphy L.L.C.
10S. Brentwood Blvd
Suite 215
St. Louis, MO  63105

Ship To
Heather

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DM | Mayoral | Net 30 Days | |
| Sales Rep | Shipping Method | Ship Date | Due Date |
| Bob Keaney | Hand Deliver | 1/26/06 | 2/25/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 716.00 | 40005 | Heavy litigation | 0.16 | 114.56 |

Subtotal        114
Sales Tax         8
Total Invoice Amount    123
Check/Credit Memo No:   Payment/Credit Applied
TOTAL    $123